UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO KOURCHENKO,<br><br>     Petitioner,<br><br>  v.<br><br>JERRY OURIQUE,[1]<br><br>     Respondent. | Case No. 2:24-cv-10934-SPG(AS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")), Respondent Jerry Ourique's ("Respondent") Motion to Dismiss (ECF No. 9 ("Motion")), Petitioner Roberto Kourchenko's ("Petitioner") Opposition (ECF No. 14), and Respondent's Reply (ECF No. 17).  The Court has further reviewed the records on file and the Report and Recommendation of the United States

---

[1] Jerry Ourique, the Warden at Pleasant Valley State Prison, where Petitioner is currently incarcerated, is substituted for Tristan Lemon, the former Warden, as the proper Respondent.  *See* Fed. R. Civ. P. 25(d).

Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

**IT IS ORDERED** that:

1. The Motion is GRANTED, in part, and DENIED, in part.

2. The Motion is GRANTED insofar as Respondent seeks to dismiss Grounds Seven and Eight in the Petition. *See* (Petition at 67–73). Grounds Seven and Eight are dismissed with prejudice.

3. The Motion is DENIED to the extent that Respondent seeks to dismiss any other grounds set forth in the Petition.

4. Respondent is directed to file an Answer to the Petition within thirty days of the Court's Order.

**IT IS SO ORDERED**

DATED: November 3, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE